

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00391-CV

———————————————

SAVANNAH WISE, Appellant

V.

CARLA WALSH, Appellee

On Appeal from County Court at Law No. 2
Wise County, Texas
Trial Court No. CV-9392

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

On December 23, 2024, we received from pro se Appellant Savannah Wise[1] a document that we construed as an appellant's brief. On January 3, 2025, we notified Wise that her brief did not conform with either Texas Rules of Appellate Procedure 9.4(i) and 38.1(a)–(k) or Second Court of Appeals Local Rule 1.A. *See* Tex. R. App. P. 9.4(i), 38.1(a)–(k); 2d Tex. App. (Fort Worth) Loc. R. 1.A. We directed Wise to file an amended brief complying with those rules no later than January 13, 2025. We warned her that if she did not do so, we could strike her noncompliant brief and dismiss her appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.[2]

Because Wise has failed to file a rule-compliant amended brief after we afforded her an opportunity to do so, we strike her brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f); *Cheatham v. Alisetty Invs. LLC*, No. 02-23-00405-CV, 2024 WL 3896831, at *1 (Tex. App.—Fort Worth Aug. 22, 2024, no pet.) (mem. op.).

---

[1]Appellant's name is listed in the record at various times as "Savannah Wise," "Savanna Wise," and "Savanah Wise." We will simply refer to her as "Wise."

[2]In earlier correspondence with Wise, we notified her that her notice of appeal was defective, and we directed her to file an amended notice of appeal. *See* Tex. R. App. P. 25.1(d), 25.1(e), 25.1(g), 37.1. She did not do so.

/s/ Dana Womack

Dana Womack
Justice

Delivered:  February 6, 2025